UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIAS LOPEZ-DIAZ,
v.
THE ACME HOSE COMPANY, et al.

CASE NUMBER: 97-2584 (DRD)

| ORDER |
| --- |

    Plaintiff filed the instant complaint on October 29, 1997. (Docket No. 1). The record does not show that the Defendants have been served with process nor have Defendants filed a responsive pleading. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff must effect service upon all defendants within 120 days from the filing of the complaint. Plaintiff's term to serve the defendants has long since expired. Further, Plaintiff's inactivity in this case likewise warrants dismissal for lack of prosecution. The Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by July 31, 2000**, why each Defendant should not be dismissed for failure to effect service of process and/or lack of prosecution. Failure to comply with this Order may result in dismissal of this case or any of the aforementioned Defendants from this case. **NO EXTENSIONS SHALL BE GRANTED.**
IT IS SO ORDERED.

Date: July 17, 2000

P:\PEACHORD ERS\97-2584 SER

DANIEL R. DOMINGUEZ
U.S. District Judge

*RECEIVED AND FILED
JUL 18 AM 8:56
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.*

Rec'd:          EOD:

By:          #