UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIAS LOPEZ-DIAZ,
v.
THE ACME HOSE COMPANY, et al.

CASE NUMBER: 97-2584 (DRD)

## ORDER

On July 17, 2000, the Court issued an Order which reads as follows:

Plaintiff filed the instant complaint on October 29, 1997. (Docket No. 1). The record does not show that the Defendants have been served with process nor have Defendants filed a responsive pleading. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff must effect service upon all defendants within 120 days from the filing of the complaint. Plaintiff's term to serve the defendants has long since expired. Further, Plaintiff's inactivity in this case likewise warrants dismissal for lack of prosecution. The Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by July 31, 2000**, why each Defendant should not be dismissed for failure to effect service of process and/or lack of prosecution. Failure to comply with this Order may result in dismissal of this case or any of the aforementioned Defendants from this case. **NO EXTENSIONS SHALL BE GRANTED.**

(Docket No. 2). The Plaintiff has failed to respond. Therefore, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for Plaintiff's failure to timely serve defendants, the unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ORDERED.**

Date: August 1, 2000

P:\PEACHORD ERS\97-2584 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 AUG -2 AM 7:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:          EOD:

By: ____   # 3