UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELIAS LOPEZ-DIAZ,
v.
THE ACME HOSE COMPANY, et al.

CASE NUMBER: 97-2584 (DRD)

## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE** for Plaintiff's failure to timely serve defendants, the unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ADJUDGED AND DECREED.**

Date: August 1, 2000

P:\PEACHORD ERS\97-2584 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 AUG -2 AM 7:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Rec'd:       EOD:

By:          #